**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

NOV 1 5 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NUMBER: 16-30125-MJR |
| | ) |
| OLIVER W. HAMILTON, | ) |
| | ) |
| Defendant. | ) |

## INFORMATION

### THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

#### WIRE FRAUD: INTRODUCTION TO SCHEME TO DEFRAUD

1.      From in or about March of 2011 and continuing through June of 2016, in St. Clair County, Illinois, within the Southern District of Illinois, and elsewhere,

**OLIVER W. HAMILTON,**

defendant herein, did cause the foreseeable use of interstate wire communications in furtherance of a scheme to defraud and to obtain money and property by means of fraudulent representations.

2.      **OLIVER W. HAMILTON** at all times relevant was elected as the East St. Louis Township Supervisor.  As Township Supervisor he was the chief executive officer of the township, the supervisor of general assistance and the Chairman of the township's board of trustees.  He was the treasurer of township funds and was required to keep a just and true account of the receipts and expenditures of all public moneys.

3.      As part of the scheme to defraud, **OLIVER W. HAMILTON** would and did charge personal purchases to the East St. Louis' Township credit card and in so doing misrepresented that the use of public funds was for legitimate public purposes.

1

4.      As part of the scheme to defraud, **OLIVER W. HAMILTON** would and did cause the payment of personal expenses using public money in an amount exceeding $40,000.

**FORESEEABLE INTERSTATE WIRE TRANSMISSION: PAYMENT OF PERSONAL TRAVEL**

5.      On or about October 26, 2015, in St. Clair County, Illinois, within the Southern District of Illinois, and elsewhere,

**OLIVER W. HAMILTON**,

defendant herein, did cause the foreseeable use of interstate wire communications in furtherance of a scheme to defraud and to obtain money and property by means of fraudulent representations by fraudulently purchasing a number of airline tickets for travel to Las Vegas, Nevada using a credit card of East St. Louis Township and ultimately funds of East St. Louis Township to pay for personal travel expenses.

All in violation of Title 18, United States Code, Section 1343.

DONALD S. BOYCE
United States Attorney
Southern District of Illinois

NORMAN R. SMITH
Assistant United States Attorney

Recommended bond:  Personal Recognizance

2